IN THE UNITED DISTRICT COURT BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SOLOMONS ONE, LLC,** | * | |
| | * | |
| Plaintiff, | * | Case No.: 8:14-cv-00627-PWG |
| | * | |
| v. | * | |
| | * | |
| **V. CHARLES DONNELLY,** *et al.*, | * | |
| | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CORRESPONDENCE REGARDING DISTRICT COURT'S REVIEW OF PROPOSED STATEMENT OF MATERIAL FACTS NOT IN DISPUTE AND PROPOSED CONCLUSIONS OF LAW GRANTING SUMMARY JUDGMENT TO PLAINTIFF ON COUNT 1**

1.  On March 4, 2014, the United States Bankruptcy Court for the District of Maryland (the "<u>Bankruptcy Court</u>") entered the Proposed Statement of Material Facts Not in Dispute and Proposed Conclusions of Law Granting Summary Judgment to Plaintiff on Count 1 (the "<u>Proposed Findings and Conclusions</u>").[1]  In its Proposed Findings and Conclusions, the Bankruptcy Court determined that the transfer by Defendant V. Charles Donnelly ("<u>Donnelly</u>") and Deborah A. Steffen ("<u>Steffen</u>") of certain pier rights of Plaintiff Solomons One, LLC ("<u>Solomons One</u>") was unauthorized under the operating agreement of Solomons One.  *See* Proposed Findings and Conclusions ¶¶ 21, 29.  Further, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Bankruptcy Court certified to this Court *only* the issue of summary judgment on Count 1.  *See* Proposed Findings and Conclusions ¶¶ 40-42.

2.  On March 5, 2014, Donnelly and Steffen filed a Motion for Appropriate Relief[2] asking the Bankruptcy Court to approve their "re-assignment of their individual interests under

---

[1]  A copy of the Proposed Findings and Conclusions is attached hereto as **Exhibit A**.
[2]  A copy of the Motion for Appropriate Relief is attached hereto as **Exhibit B**.

the Agreement dated December 4, 2012 to the Debtor, Solomons One, LLC, without any representations or warranties" and to "[e]nter an Order lifting the automatic stays entered in Maryland Court of Special Appeals Cases No. 1085 and 1446, September Terms, 2013, and in the Circuit Court for Calvert County, Maryland Case 04-C-12-001031." On March 24, 2014, Solomons One filed its opposition to the Motion for Appropriate Relief.[3]

3. On March 6, 2014, the Bankruptcy Court transmitted certain pleadings and papers filed in Adversary Proceeding No. 13-00580 to this Court. Docket No. 2 in the above-captioned case reflects that the Bankruptcy Court transmitted the Motion for Appropriate Relief to this Court.

4. Solomons One files this Correspondence for the purpose of representing that the Motion for Appropriate Relief is not presently before this Court. The Bankruptcy Court has not held or even scheduled a hearing on the Motion for Appropriate Relief, nor has it entered an order thereon. Judge Catliota, in his Proposed Findings and Conclusions, made clear that the only issue he was transmitting to this Court was the proposed findings and conclusions contained therein.

5. Accordingly, Solomons One respectfully submits that the Motion for Appropriate Relief is not ripe before this Court and requests that this Court disregards any pleadings or papers related thereto.

[remainder of page intentionally blank]

---

[3] A copy of Solomons One's opposition to the Motion for Appropriate Relief is attached hereto as **Exhibit C**.

Dated:  April 4, 2014                               WHITEFORD, TAYLOR & PRESTON L.L.P.

/s/  *Alan C. Lazerow*
Susan Jaffe Roberts, Bar No. 26827
Alan C. Lazerow, Bar No. 29756
Seven Saint Paul Street, Suite 1800
Baltimore, Maryland 21202-1636
(410) 347-8700
(410)752-7092 (facsimile)
sroberts@wtplaw.com
alazerow@wtplaw.com

*Counsel for Solomons One, LLC*

### CERTIFICATE OF SERVICE

I certify that on this 4th day of April, 2014, a copy of the foregoing was sent to all parties receiving electronic notices via CM/ECF and by fedex, postage prepaid, to:

V. Charles Donnelly
P.O. Box 1464
14532 Solomons Island Rd.
Solomons, Maryland 20688

/s/  *Alan C. Lazerow*
Alan C. Lazerow

*2088464*